FILED ☒ LODGED
RECEIVED ___ COPY

MAY 1 3 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ B DEPUTY

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 1 8 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Gregory Priore,<br><br>                    Defendant. | **CR-04-968-1-PHX-SMM**<br><br>**O R D E R** |

Pursuant to the foregoing motion, and good cause appearing, *appointment of counsel and*

**IT IS HEREBY ORDERED** setting this matter for an initial appearance for Gregory

Priore on _Wed. June 1_, 2005, at _3:00_ PM. before

_Magistrate Judge Anderson_ in Courtroom #302.

**IT IS FURTHER ORDERED** directing the Clerk to issue a Summons to Appear at the

above date and time to Gregory Priore at 4752 East Meadow Lark, Queen Creek, AZ and Notice

to Appear to Mark Berardoni, Esq.

Excludable delay under 18 U.S.C. § 3161(h)___ is found to commence on

_____ for a total of ____∅____ days.

Dated this _16_ day of _May_, 20_05_.

_____
STEPHEN M. MCNAMEE
United States District Judge

④