**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 6/1/2005      CASE NUMBER: CR 04-00968-001-PHX-SMM

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY
JUN 03 2005
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

USA vs. Gregory K. Priore

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON   #: 70BI

A.U.S. Attorney Daniel Drake       INTERPRETER_____
                                   LANGUAGE_____

Attorney for Defendant Mark Berardoni (Appointed)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED

DOA___    ☒ Initial Appearance         ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ Defendant Sworn   ☐ Financial Afdvt sealed

☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:** | **ARRAIGNMENT HEARING:** |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☒ Held  ☐ Con't  ☐ Reset |
| Set for:<br>Before: | Set for:<br>Before: |
| ☐ Defendant ordered temporarily detained in the custody of the United States Marshal | Plea of NOT guilty entered to Counts. |
| ☒ Defendant ordered released O/R with conditions - No Pretrial Services supervision ordered | DATE OF MOTION DEADLINE:<br><br>Defendant bound over to U.S.D.C. for trial on NO TRIAL DATE SET - Rule 20 Case in __ before__ |
| ☐ Defendant continued detained pending trial | |

STATUS HEARING RE : Set for  before

Other: Defense counsel informs the Court that the defendant has not made an appearance in the Eastern District of Pennsylvania where the case originated and asked that the defendant be arraigned. Arraignment held. Magistrate Judge Duncan is the referral judge. Counsel is directed to contact that court to set the change of plea hearing.

Recorded by Courtsmart

BY:  Sherise M. Marshall
Deputy Clerk

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on June 3, 2005
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code_UVDOSYhk\hT_