```
              ☒ FILED      ___ LODGED
              ___ RECEIVED ___ COPY

                  JUN 1 0 2005

              CLERK U S DISTRICT COURT
                DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 04-0968-PHX-SMM |
| v. | ) | |
| Gregory K. Priore, | ) | **MINUTE ENTRY** |
| Defendant. | ) | |

Plea proceedings have been set before Judge Duncan on July 12, 2005, at 10:30 a.m.

This proceeding is expected to commence at the scheduled time. Counsel is expected to have spoken to their client prior to the court proceeding.

DATE: June 9, 2005

_____
A. Herrera, Judicial Assistant

cc:   AUSA Daniel Drake
      CJA Mark Berardoni
      Probation
      Pretrial Services