**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**
**MAGISTRATE JUDGE'S MINUTES**

DATE: 7/12/2005   CASE NUMBER: CR 04-00968-001-PHX-SMM

USA vs. Gregory K. Priore

U.S. MAGISTRATE JUDGE: DAVID K. DUNCAN   #: 70BL

A.U.S. Attorney  Daniel R. Drake   INTERPRETER ___
                                    LANGUAGE ___
Attorney for Defendant  Mark J. Berardoni (Appointed)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED

☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken     ☐ Dft Released

**PLEA HEARING:**  ☒ Held  ☐ Cont'd  ☐ Reset
Set for:                    before:
☐ Consent to be tried by a Magistrate Judge signed. Misd: ☐ Class A ☐ Class B ☐ Class C
☒ Consent of Defendant/Order of Referral
☒ Waiver of Indictment filed 7/12/05   ☒ Information filed 7/12/05
**Dft states true name to be Gregory Keith Priore** .
☒ Defendant sworn and examined by the Court
Dft Enters: ☒ GUILTY PLEA to an ☒ Information ☐ Indictment ☐ Complaint
☒ Court ☐ accepts ☒ recommends dft's plea and finds plea to be freely and voluntarily given
Plea agreement: ☐ FILED  ☒ LODGED  ☐ SEALED
☐ Court does not accept defendant's plea of guilty because ___
☒ Sentencing set for 8/29/2005 at 3:00 PM before JUDGE MCNAMEE
☒ All remaining Counts to be dismissed upon entry of judgment
☒ ORDER vacate trial date/motion hearing/motions moot
☒ ORDER defendant remain released pending sentence  ☐ remanded to USM
☒ PSI ORDERED  ☐ EXPEDITED  ☐ PSI waived  ☐ Time waived for passage of sentence

Other: ___

Recorded by Vicki Reger/ECR
BY:  Sally Turner
Deputy Clerk