```
                                      FILED ____ LODGED
                                      RECEIVED ____ COPY

                                        JUL 1 2 2005

                                      CLERK U S DISTRICT COURT
                                        DISTRICT OF ARIZONA
                                      BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Gregory Priore<br><br>　　　　Defendant. | CR 04 - 968 -P HX -SMM<br>WI　　-　　-P　　-SMM<br>　　-　　M<br><br>CONSENT OF DEFENDANT<br>AND<br>ORDER OF REFERRAL |

ORDER OF REFERRAL

　　Defendant, __Gregory Priore__, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge __David K. Duncan__ to administer the allocution pursuant to Rule 11, Fed.R.Crim.P., and to make findings as follows:

　　(A) Whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charge(s); and a recommendation as follows:

　　(B) Whether the plea of guilty should be accepted by the District Court.

　　　　　　　　　SO ORDERED:

　　　　　　　　　_____
　　　　　　　　　Stephen M. McNamee
　　　　　　　　　Chief United States District Judge

CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge.

_[signature]_  7/12/05
Defendant/Date

_[signature]_  7-12-05
Counsel for Defendant/Date

_[signature]_  7-12-05
Assistant U.S. Attorney/Date

cc: MCC