```
                FILED        LODGED
                RECEIVED     COPY

                   AUG 2 6 2005

             CLERK U S DISTRICT COURT
               DISTRICT OF ARIZONA
             BY_____ E. DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>PRIORE, Gregory Keith )<br>)<br>Defendant. )<br>_____ ) | 04CR00968-001-PHX-SMM<br><br>ORDER CONTINUING SENTENCING |

Upon request of the U. S. Probation Officer and good cause appearing,
IT IS HEREBY ORDERED:

__X__  continuing sentencing until <u>September 19, 2005</u>  at 9:00 a.m.

_____  continuing sentencing until _____
                                     (Date)           (Time)

_____  reaffirming the _____ sentencing date.


Dated this __15__ of __Aug.__, __2005__.


                                    _____
                                    STEPHEN M. MCNAMEE
                                    CHIEF UNITED STATES DISTRICT JUDGE