UNITED STATES DISTRICT COURT         CRIMINAL SENTENCING MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE:  9/19/2005   CASE NUMBER:   CR 04-00968-001-PHX-SMM

Hon.   STEPHEN M. MCNAMEE, Chief United States District Judge  #: 7020

USA vs.   Gregory Keith Priore

DEFT: ☒  PRESENT  ☐ NOT PRESENT  ☒ Released

Deputy Clerk  Traci Abraham         Crt Rptr/ECR:   Gary Moll

A.U.S. Attorney   Daniel R. Drake        Interpreter____
                            Language__
Attorney for Defendant  Mark J. Berardoni (Appointed)

☐        Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued

### JUDGMENT   [SENTENCE]

☐        Defendant is placed on probation for a period of  3 Years

        on Ct(s) ONE   ☐ with supervision ☐ w/o supervision

☒        Committed to the custody of the Bureau of Prisons to be imprisoned for a period of __ on Ct(s) _

☒        Supervised release term of __ by law on Ct(s) _

☐        Fine of  $0  on Ct(s) ONE           TOTAL FINE  $0

☐        Restitution of  $12,381.12  ordered pursuant to 18 U.S.C. 3596

☒        Special Assessment of  $100.00  pursuant to 18 U.S.C. 3013 on Ct(s) ONE

☐        On Motion of U.S. Atty: Ct(s)

☐        Order bond exonerated      ☐    Bond exonerated upon surrender to USM

☒        Dft advised of right to appeal      ☐ Appeal bond set at $_

☐        Dft to surrender under Voluntary Surrender Program as directed to the designated institution by the U.S. Marshal.

☐        The Court adopts the Magistrate Judge's Findings and Recommendations filed in this matter and accepts the defendant's plea of guilty.

☐                    Other: