PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

---

# United States District Court
## FOR THE

### DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.                                              Crim. No. 04CR00968-01-PHX-SMM

GREGORY KEITH PRIORE

On 9/19/2005 the above named was placed on probation for a period of 3 years. He has complied with the rules and regulations of probation and is no longer in need of probation. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

John Mullavey  
U. S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 11 day of July, 2007

The Honorable Stephen M. McNamee  
United States District Judge